**Pamela MCKINNEY, Plaintiff–Appellant,**

v.

**Jeh C. JOHNSON, Secretary of Homeland Security, Defendant–Appellee.**

No. 16-1624

United States Court of Appeals, Seventh Circuit.

Argued October 6, 2016

Decided October 7, 2016

Pamela McKinney, Pro Se

James M. Kuhn, Sr., Attorney, Office of the United States Attorney, Chicago, IL, for Defendant–Appellee

Before Diane P. Wood, Chief Judge, Frank H. Easterbrook, Circuit Judge, Daniel A. Manion, Circuit Judge

**Order**

Pamela McKinney contends that the Federal Emergency Management Agency terminated her employment in retaliation for a complaint about discrimination. After a trial, the jury returned a verdict for the defendant. McKinney asks for another trial on the grounds that one juror was biased, that one witness contradicted evidence given under oath before the trial, and that her two retained attorneys were incompetent. McKinney presented all three contentions to the district judge, who rejected them in a careful opinion. 2016 U.S. Dist. Lexis 35696 (N.D. Ill. Mar. 21, 2016). After considering McKinney's briefs and oral argument, we do not find any legal error or abuse of discretion in that decision. For substantially the reasons given by the district judge, the decision is

AFFIRMED.